FILED
APR 2 0 2007
RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
PIYAWAT JEERAPAET
**aka Rawat Srirathu**

(Name and Address of Defendant)

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT** EMC

CASE NUMBER: 3 07 702

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 20, 2007 in San Francisco County, in the Northern District of California defendant(s) did, willfully and knowingly use, or attempt to use, or furnish to another for use any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport, in violation of Title 18 United States Code, Section 1543, Forgery or False Use of a Passport.

I further state that I am a Diplomatic Security Special Agent and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 1543:
10 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: [signature]
Julie A. Arbuckle, AUSA

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Warrant of Arrest Requested: ☐Yes ☒ No
Bail Amount: N/A

[signature]
Signature of Complainant, Michelle Gregory.

Sworn to before me and subscribed in my presence,

April 20, 2007 at San Francisco, California
Date City and State

**Nandor J. Vadas**
**United States Magistrate Judge**
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

NORTHERN DISTRICT OF CALIFORNIA
) ss. AFFIDAVIT
County of San Francisco, CA )

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT CHARGING PIYAWAT JEERAPAET a.k.a. RAWAT SRIRATHU WITH VIOLATING 18 U.S.C. § 1543

**Introduction and Purpose**

1. I am a Special Agent employed by the Diplomatic Security Service (DSS) which is an agency of the United States Department of State. DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve arrest warrants.

2. I have a bachelor's degree from the University of Minnesota, and I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since October 2005, and have received and receive on an ongoing basis training in the laws, rules and regulations concerning passports.

3. This affidavit establishes probable cause to arrest PIYAWAT JEERAPAET for Misuse of a United States Passport, in violation of 18 U.S.C. § 1543. PIYAWAT JEERAPAET is alleged to have presented a United States passport in the false name of RAWAT SRIRATHU to a Customs and Boarder Protection officer at the San Francisco International Airport on April 20, 2007. This affidavit is based in part on personal knowledge, interviews, and reviews of official documents and records, and does not contain every fact, piece of information or evidence concerning this alleged violation.

**Passports in General**

4. The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

**Relevant Statute**

3. Title 18 U.S.C. § 1543, Forgery or False Use of a Passport states, in relevant part: "Whoever willfully and knowingly uses, or attempts to use, or furnishes to another for use any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport, or any passport validly issued which has become void by the occurrence of any condition therein prescribed invalidating the same" is guilty of a felony.

**Facts Supporting Probable Cause**

5. On or about June 16, 2004, a person purporting to be RAWAT SRIRATHU submitted an application for a United States passport at a Post Office in Burbank, CA. This person was issued United States Passport Number 038890450 on July 10, 2004. A review of this application and other State Department records disclosed that this person submitted a photograph, and that he swore to the following information:

Name: RAWAT SRIRATHU
Birth date: August 14, 1960
Place of birth: Thailand
Naturalization Certificate: 25560184
Mother's Name: Upia Suwan
Mother's Place of Birth: Thailand
Father's Name: Chai Srirathu
Father's Place of Birth: Thailand
Social Security Number: 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
California Driver's License: A9538234

6. In February 2005, the US Passport Agency in Los Angeles interviewed the true RAWAT SRIRATHU, who substantiated his identity and stated that PIYAWAT JEERAPAET had obtained his identification documents and a passport in the name RAWAT SRIRATHU. It has been my experience that persons who otherwise would not be able to legally obtain a UNITED STATES passport often use false identification documents to obtain a passport. These persons are often illegal aliens who seek to pose as a UNITED STATES citizen, or use a passport to create false identities to further criminal activities, or both.

7. On April 20, 2007, the person purporting to be RAWAT SRIRATHU entered the United States on United Airlines flight 852 from Norita, Japan. This person falsely presented the false United States passport (number 038890450) in RAWAT SRIRATHU's name to a Customs and Border Patrol officer and stated he was a United States citizen.

8. On April 20, 2007, I interviewed the person purporting to be RAWAT SRIRATHU with Special Agent Justin Diaz of DSS. After waiving his Miranda Rights, this person provided the following information in sum and in substance: His true name is PIYAWAT JEERAPAET; his true birth date is October 23, 1960; he is a citizen of

Thailand, and not a citizen of the United States; he knew the passport was false, that it was not legally issued to him, and that he was breaking the law by using it; he possessed and used the false RAWAT SRIRATHU United States passport on April 20, 2007; he holds a Oregon Driver's License and Social Security Number falsely in the RAWAT SRIRATHU name; and he has been using the RAWAT SRIRATHU identity falsely for 3 years.

**Conclusion**

9. Based on the above facts and my training and experience, there is probable cause to believe that PIYAWAT JEERAPAET did knowingly and willfully use and attempt to use a false, forged, counterfeited, mutilated, and altered passport, in the name of RAWAT SRIRATHU in violation of 18 U.S.C. § 1543, Forgery or False Use of a Passport while in the Northern District of California when he presented UNITED STATES Passport 038890450 in the name RAWAT SRIRATHU. As such, I respectfully request a warrant for his arrest.

Michelle Gregory
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
ON April 20th, 2007

The Honorable Nandor J. Vadas
US Magistrate Judge
Northern District of California