1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  JULIE A. ARBUCKLE (CSBN 193425)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7102
       Facsimile: (415) 436-7234
8      E-mail: julie.arbuckle@usdoj.gov

9  Attorneys for the United States of America

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )     No.  3 07 70240 EMC
                                     )
14           Plaintiff,              )     STIPULATION AND [PROPOSED]
                                     )     ORDER EXCLUDING TIME
15           v.                      )
                                     )
16  PIYAWAT JEERAPAET,               )
                                     )
17           Defendant.              )
    _____)

18

19

20

21      On May 2, 2007, the parties in this case appeared before the Court and stipulated that time

22  should be excluded from the calculations under the Speedy Trial Act and Federal Rule of

23  Criminal Procedure 5.1 from May 2, 2007 to May 8, 2007 for effective preparation of counsel.

24  The parties represented that there is good cause for granting the continuance, and that it was the

25  reasonable time necessary for effective preparation of defense counsel, taking into account the

26  exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

27  ends of justice served by granting such a continuance outweighed the best interests of the public

28  ///

Stipulation and [Proposed] Order Excluding Time - 3 07 70240 EMC                    1

1  and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3                                         SCOTT N. SCHOOLS
                                          United States Attorney
4

5  DATED: May 3, 2007                     _____/s/_____
                                          JULIE A. ARBUCKLE
6                                         Assistant United States Attorney

7

8  DATED: May 3, 2007                     _____/s/_____
                                          JOSH COHEN
9                                         Attorney for Defendant Piyawat Jeerapaet

10

11      As the Court found on May 2, 2007, and for the reasons stated above, the Court finds that the

12  ends of justice served by the continuance outweigh the best interests of the public and the

13  defendant in a speedy trial and that time should be excluded from the calculations under the

14  Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 from May 2, 2007 to May 8, 2007

15  for good cause and the effective preparation of counsel.  <u>See</u> 18 U.S.C. §3161 (h)(8)(A).  The

16  failure to grant the requested continuance would deny counsel reasonable time necessary for

17  effective preparation, taking into account the exercise of due diligence, and would result in a

18  miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

19

20  SO ORDERED.

21

22  DATED:_____          _____
                                  Edward M. Chen
23                                United States Magistrate Judge

24

25

26

27

28