AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 USC 1028(a)(4)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
Max. 1 yr prison; $100,000 fine; 1 yr. sup. rel.; $25 SA

### DEFENDANT - U.S.

▶ PIYAWAT JEERAPAET, aka Rawat Srirathu

DISTRICT COURT NUMBER

**CR 07 0279**

*FILED MAY -8 PH 1:02* (stamp)

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

United States Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
3-07-70240 EMC

MAGISTRATE CASE NO.
3-07-70240 EMC

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Julie A. Arbuckle

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
In USMS custody

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
07 MAY -8 PM 1:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0279

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PIYAWAT JEERAPAET,<br>aka Rawat Srirathu,<br><br>    Defendant. | No.<br><br>VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)<br><br>SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

On or about April 20, 2007, in the Northern District of California, the defendant,

PIYAWAT JEERAPAET,
aka Rawat Srirathu,

knowingly possessed an identification document, authentication feature, or false identification document, that was not an identification document issued lawfully for his use, to wit: a United States passport, with the intent that such document or feature be used to defraud the United

///

1  States, in violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.

3  DATED: May 2, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: /s/ )
JULIE A. ARBUCKLE
Assistant United States Attorney