☐ DOCUMENTS UNDER SEAL

| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Betty Fong | **REPORTER/TAPE NO.** 2:39-2:59 p.m. (20m) | |
|---|---|---|---|
| **MAGISTRATE JUDGE** Edward M. Chen | **DATE** May 8, 2007 | ☐ NEW CASE | **CASE NUMBER** CR07-0279 MAG |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| Piyawat Jeerapaet | 40 | Y | P | Joshua Cohen | ☒ PD. ☐ APPT. ☐ RET. |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFIDAVIT SUBMITTED ☐ |
|---|---|---|
| Julie Arbuckle | | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ |
| | | COUNSEL APPOINTED ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD *)

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☒ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☒ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: |
|---|---|---|
| ☐ CASH $ | ☐ CORPORATE SECURITY | ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|

### PLEA

| ☒ CONSENT ENTERED | ☒ NOT GUILTY | ☒ GUILTY | ☒ GUILTY TO COUNTS: 1 |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | Govt to submit order | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

Judge ordered defendant be committed to the custody of the Bureau of Prisons for a term of incarceration of three (3) months and be credited for time already served. Defendant shall be placed at FTC Dublin.  Imprisonment to be followed by three (3) months of home detention. Upon release from imprisonment, the defendant shall be on unsupervised release for a term of  twelve (12) months, with the condition that for the first three (3) months, defendant shall be placed on home detention in Thailand**.** Defendant shall also pay a special assessment of $25 immediately, and to pay $1,000 fine by making monthly installment payments of $125 per month, commencing 8/30/07.   See Judgement in a Criminal Case for details.  Defendant is remanded to the custody of the Marshal.

cc: Pretrial / Marshal / Finance