1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  JULIE A. ARBUCKLE (CSBN 193425)
   Assistant United States Attorney

5

      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7102
7     Facsimile: (415) 436-7234
      E-mail: julie.arbuckle@usdoj.gov

8
   Attorneys for the United States of America

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No.  3 07 70240 EMC
                                     )
14         Plaintiff,                )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME
15         v.                        )
                                     )
16  PIYAWAT JEERAPAET,               )
                                     )
17         Defendant.                )
    _____)

18

19

20

21       On May 2, 2007, the parties in this case appeared before the Court and stipulated that time

22  should be excluded from the calculations under the Speedy Trial Act and Federal Rule of

23  Criminal Procedure 5.1 from May 2, 2007 to May 8, 2007 for effective preparation of counsel.

24  The parties represented that there is good cause for granting the continuance, and that it was the

25  reasonable time necessary for effective preparation of defense counsel, taking into account the

26  exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the

27  ends of justice served by granting such a continuance outweighed the best interests of the public

28  ///

1  and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3                                  SCOTT N. SCHOOLS
                                United States Attorney

4

5  DATED: May 3, 2007                        _____/s/_____

6                                  JULIE A. ARBUCKLE
                                Assistant United States Attorney

7

8  DATED: May 3, 2007                        _____/s/_____
                                JOSH COHEN
                                Attorney for Defendant Piyawat Jeerapaet

9

10

11      As the Court found on May 2, 2007, and for the reasons stated above, the Court finds that the

12  ends of justice served by the continuance outweigh the best interests of the public and the

13  defendant in a speedy trial and that time should be excluded from the calculations under the

14  Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 from May 2, 2007 to May 8, 2007

15  for good cause and the effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The

16  failure to grant the requested continuance would deny counsel reasonable time necessary for

17  effective preparation, taking into account the exercise of due diligence, and would result in a

18  miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

19

20  SO ORDERED.

21

22  DATED:____5/9/07_____                _____

23            Edward   IT IS SO ORDERED
          United

24

25                       Judge Edward M. Chen

26

27

28