06/19/2007  01:54 pm                                                                                                              Version 0.2

San Francisco

# Case Debt Type Payment Report
## U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Case No. DCAN307CR000279** | | | **US V PIYAWAT JEERAPAET** | | | | |
| 001 | PIYAWAT JEERAPAET | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611007411 | 1 | PR | 25.00 | 06/15/2007 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$25.00 SPECIAL ASSESSMENT PAID IN FULL on 6-15-07

Page 1  of  1