# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Piyawat Jeerapaet | Docket No.: | CR 07-00279-01 EMC |
| Name of Sentencing Judge: | Edward M. Chen<br>United States Magistrate Judge | | |
| Date of Original Sentence: | May 8, 2007 | | |

**E-filing**

Original Offense:
Count One: Possession of an Identification Document with Intent to Defraud the United States, 18 U.S.C. § 1028(a)(4), a Class A misdemeanor

Original Sentence: Three (3) months custody and twelve (12) months supervised release. Defendant shall be given credit for time served since 4/20/2007. Imprisonment to be followed by three (3) months home detention. The home detention will not be supervised by Probation.
Special Conditions: Special assessment $25.00; fine $1,000.00; not illegally re-enter the United States.

Type of Supervision: Supervised Release            Date Supervision Commenced: July 20, 2007
Assistant U.S. Attorney: Julie Ann Arbuckle        Defense Counsel: Joshua Cohen (AFPD)

## Petitioning the Court to Take Judicial Notice

### Cause

NDC-SUPV-FORM 12A 06/23/08

Piyawat Jeerapaet                                                                 Page 2
CR 07-00279-01 EMC

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the special condition to pay his $1,000.00 fine. |

    According to the Bureau of Immigration and Customs Enforcement (BICE), on July 23, 2007, the offender was deported to Thailand. On July 3, 2008, the U.S. Attorney's Office, Financial Litigation Unit (FLU) confirmed the offender failed to pay his $1,000.00 fine.

    The above incident is evidenced by the Case Inquiry Report from FLU dated July 3, 2008 and chronological records from the U.S. Probation Office.

**Action Taken and Reason**

The offender has been deported to Thailand where he remains. Due to the offender's deportation, the probation office has been unable to enforce the offender's condition to pay his fine. The offender's supervision is due to terminate on July 19, 2008. The probation office is recommending that supervision be allowed to terminate as scheduled with the remaining fine balance of $1,000.00.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,                                   Reviewed by:

_____                           _____
Wayne A. Mirikitani                                       Amy Rizor
U.S. Probation Officer Assistant                          Supervisory U.S. Probation Officer

Date Signed: July 7, 2008

Piyawat Jeerapaet                                                                                                         Page 3
CR 07-00279-01 EMC

---

THE COURT ORDERS:
- ☒ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:

_____July 14, 2008_____                            _____
Date                                                                          Edward M. Chen
                                                                                   United States Magistrate Judge

NDC-SUPV-FORM 12A 06/23/08